UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HAMMOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR,<br><br>    Defendant. | No.  2:21-cv-00529-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 21) |

Plaintiff William Hammock is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 20, 2022, the assigned magistrate judge issued findings and recommendations, recommending that the action be dismissed for failure to prosecute, failure to comply with court orders, and failure to state a claim. (Doc. No. 21.)  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service.  (*Id.* at 2.)  It appears from the docket that the mailed copy of the findings and recommendations to plaintiff was returned to the court as undeliverable.  However, petitioner was properly served.  It is the petitioner's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record

1

address of the party is fully effective. Furthermore, more than sixty days have since passed since the findings and recommendations were served at plaintiff's address of record, and plaintiff has not filed a notice of change of address.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on May 20, 2022 (Doc. No. 21) are adopted in full;

2. This action is dismissed due to plaintiff's failure to prosecute, failure to comply with court orders, and failure to state a claim; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 1, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

2